In the Matter of the Elimination of the Grade Crossing at Carman in the Town of Rotterdam, over the Tracks of THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

TOWN OF ROTTERDAM et al., Appellants; PUBLIC SERVICE COMMISSION et al., Respondents.

(Argued January 9, 1933; decided January 24, 1933.)

*Richmond D. Moot* and *Roy W. Peters* for appellants.

*Kenneth Creble* for The New York Central Railroad Company, respondent.

*Charles G. Blakeslee* and *Sherman C. Ward* for Public Service Commission, respondent.

*John J. Bennett, Jr., Attorney-General* (*Leon M. Layden* of counsel), for State Department of Public Works, respondent.

Appeal dismissed, with costs, on the ground that the proceeding does not directly involve the construction of the Constitution of the State or of the United States. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.